UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. ROBERT G. MODRALL, | : | |
| | : | |
| Plaintiff, | : | Case: 1:16-cv-01563 |
| | : | Assigned To : Unassigned |
| v. | : | Assign. Date : 8/2/2016 |
| | : | Description: Pro Se Gen. Civil (F Deck) |
| KIMBERLY DEUTSCH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint neither identifies a basis for this Court's jurisdiction nor clearly states a claim showing his entitlement to relief. Plaintiff mentions a request for records maintained by the Drug Enforcement Administration, but it is not clear that he intends to bring a claim under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552. If plaintiff does intend to bring a FOIA claim, it cannot proceed as against the two individuals he has named defendants in this action. Rather, it must be brought against a federal government agency. *See* 5 U.S.C. § 552(a)(4)(B); *Cooper v. Stewart*, No. 11-5061, 2011 WL 6758484, at *1 (D.C. Cir. Dec. 15, 2011) (per curiam).

As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 7/29/16

United States District Judge